Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas 🔽

Corpus Christi Division

|  |  |
|---|---|
| Tracy Smith & Christopher Brett Jackson<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br><br><br><br><br>Henderson ISD<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ✔Yes  ☐No<br><br><br>United States Courts<br>Southern District of Texas<br>FILED<br><br>JAN  5 2026<br><br>Nathan Ochsner, Clerk of Court |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tracy Smith & Christopher Brett Jackson |
| Street Address | 150 Flounder Drive |
| City and County | Port Aransas Nueces County |
| State and Zip Code | Texas 78373 |
| Telephone Number | Tracy- 512-970-6723 Christopher- 737-343-6597 |
| E-mail Address | tesmith6836@gmail.com & cbjackson86@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name: Henderson ISD

Job or Title *(if known)*:

Street Address: 300 Crosby Drive

City and County: Henderson Rusk County

State and Zip Code: Texas 75652

Telephone Number: 903-655-5046

E-mail Address *(if known)*: bbowman@hendersonisd.org

Defendant No. 2

Name:

Job or Title *(if known)*:

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address *(if known)*:

Defendant No. 3

Name:

Job or Title *(if known)*:

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address *(if known)*:

Defendant No. 4

Name:

Job or Title *(if known)*:

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Henderson ISD |
| Street Address | 300 Crosby Drive |
| City and County | Henderson Rusk County |
| State and Zip Code | Texas 75652 |
| Telephone Number | 309-655-5046 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Title VII of the Civil Rights Act of 1964

☒    Relevant state law *(specify, if known)*:

Texas Labor Code Chapter 21 {Texas Commision Of Human Rights Act}

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Removal of Tracy Smith's coaching duties without cause, not providing a public announcement to students, parents or community for over a week causing reputational harm, exclusion from team events and retaliatory actions affecting my fiance Christopher Brett Jackson's employment.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

The month of March 2025 and continuing there after

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race    _____

☐    color    _____

☐    gender/sex    _____

☐    religion    _____

☐    national origin    _____

☐    age *(year of birth)*    _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*    _____

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

E.    The facts of my case are as follows. Attach additional pages if needed.

I was employed by Henderson Independent School District as a 4th and 5th grade PE paraprofessional and later as the Head Boys and Girls Varsity and JV Golf Coach at Henderson High School. I was promised that I would coach the entire fall and spring seasons, receive a $6,500 stipend, and be paid on March 25. I accepted the position based on these terms.

As the payment date approached, I was informed that my stipend would no longer be paid as promised and would instead be delayed until the end of the season. I attempted to resolve this issue professionally by contacting Human Resources and district administration but received no response until I was abruptly confronted during the school day.

While teaching during the school day, I was removed from my class and informed that although I would be paid my stipend, I could no longer coach the golf team. No justification was provided other than that if I was paid, I could not coach. I had done nothing wrong and was removed immediately before district competition.

Immediately afterward, the district made a public announcement to students stating that I was no longer their coach, without explanation. For over a week, the district provided no clarification, which led to harmful rumors and damage to my reputation. I was later excluded from the end-of-year golf banquet despite coaching the team for the entire season.

Shortly after these events, the district rescinded an offer of continued employment to my fiancé, despite previously indicating that he would return and being aware of his certification status. District leadership later acknowledged that the situation appeared to possibly be retaliatory and stated they would follow up with Coach Jackson, but they never did.

As a result of these actions, we suffered emotional distress, financial loss, and reputational harm, and were forced to relocate.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

EEOC Charge Number 450-2025-06459 Filrd officislly on 12/09/2025

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    12/16/2025    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐  60 days or more have elapsed.

☐  less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request that the Court award relief not only for the damages I personally suffered, but also for the damages suffered by my fiancé, Christopher "Brett" Jackson, as a result of the defendant's retaliatory actions that adversely affected his employment, income, and professional standing.

I seek compensation for the damages I suffered as a result of the defendant's actions, including lost wages and benefits, and other financial losses related to housing costs, moving expenses, and lost income resulting from my forced relocation.

I also seek compensatory damages for emotional distress, mental anguish, humiliation, and damage to my professional reputation caused by my removal from coaching duties, the public announcement made to students, and the lack of clarification by the defendant to myself and the team, faies and public.

I seek damages related to retaliatory actions taken against my fiancé, which directly impacted our household income, employment stability, and ability to remain in the community.

I seek punitive damages to the extent allowed by law based on the defendant's retaliatory conduct and disregard for my rights.

I also seek costs, interest, and any other relief the Court deems just and proper.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/16/2025

Signature of Plaintiff    *Tracy Smith  Brett Jackson*

Printed Name of Plaintiff    Tracy Smith & Christopher Brett Jackson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Dallas District Office**
207 S. Houston Street, 3rd Floor
Dallas, TX 75202
(800) 669-4000
Website: www.eeoc.gov

## <u>DETERMINATION AND NOTICE OF RIGHTS</u>
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/16/2025

**To:** Ms. Tracy Smith
150 Flounder Drive
Port Aransas, TX 78373
Charge No: 450-2025-06459

EEOC Representative and email:     Avie Murrell
Enforcement Investigator
avie.murrell@eeoc.gov

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 450-2025-06459.

On behalf of the Commission,

# AVIE MURRELL
Digitally signed by AVIE MURRELL
Date: 2025.12.16 13:14:06 -06'00'

For Travis Nicholson
District Director